NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FOXCONN INTERCONNECT TECHNOLOGY, LTD.,**
*Appellant*

**v.**

**AMAZON TECHNOLOGIES, INC.,**
*Appellee*

---

2020-1896

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91236517.

---

## JUDGMENT

---

JOHN M. RANNELLS, Baker & Rannells, PA, Somerville, NJ, argued for appellant. Also represented by STEPHEN L. BAKER, PEI-LUN CHANG.

CHRISTOPHER T. VARAS, I, Kilpatrick Townsend & Stockton LLC, Seattle, WA, argued for appellee. Also represented by SARA K. STADLER, New York, NY

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

     PER CURIAM (REYNA, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>April 9, 2021</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |